# EXHIBIT 6

MAY 2 2 2018



Keith E. Moffatt
*Sr. Attorney – Appalachia North*

May 18, 2018

Henry N. Clanton
Chief Operating Officer
Epsilon Energy
16701 Greenspoint Park Dr., Suite 195
Houston, TX 77060

Re:  Well Proposal Elections
     Baltzley N SUS 7LH, Baltzley S SUS 6LH, and Baltzley S SUS 8LH
     Rush Township, Susquehanna County, Pennsylvania

Dear Mr. Clanton:

I have been asked to respond to your May 16, 2018, letter to Julie Woodard regarding the captioned matter. Chesapeake Appalachia, L.L.C. ("Chesapeake") disputes that its election letter dated May 11, 2018, did not conform to the requirements of the Joint Operating Agreement dated October 18, 2010 ("JOA"), between Chesapeake and Epsilon Energy USA, Inc. ("Epsilon"). Further, Chesapeake disputes that the JOA grants Epsilon the unilateral right to take over operatorship and drill the captioned wells or that the JOA imposes an obligation on Chesapeake, as a non-consent operator, to commence drilling operations within 90 days of the expiration of the election period. Accordingly, Chesapeake stands by its May 11, 2018, election letter and is prepared to defend its position, if necessary.

If you have any questions regarding this matter, please feel free to contact me.

Very truly yours,

*Keith E. Moffatt*

Keith E. Moffatt

KEM/cm

Chesapeake Energy Corporation
P.O. Box 18496 / Oklahoma City, OK 73154-0496 / 6100 N. Western Avenue / Oklahoma City, OK 73118
405-935-6626 / f: 405-849-0040 / keith.moffatt@chk.com

EXHIBIT 6