# EXHIBIT 10



**Courtney Moad**
*Staff Landman - Appalachia*

**August 15, 2018**

**Ms. Karen Keller**
Equinor USA Onshore Properties Inc.
6300 Bridge Point Pkwy, Bldg 2, Ste 100
Austin, TX 78730

**Mr. Travis Jenkins**
Pelican Energy, L.L.C.
717 Texas Avenue, Suite 3100
Houston, TX 77002

**Mr. Paul Lettieri**
Chief Exploration & Development LLC
8111 Westchester Drive, Suite 900
Dallas, TX 75225

**Mr. David D. Kalish**
Radler 2000 Limited Partnership
1320 S. University Dr., Suite 500
Ft. Worth, TX 76107

**Mr. Mark Haney**
Unconventionals Natural Gas, LLC
17800 Davenport Rd., Suite 101
Dallas, TX 75252

**Mr. Travis Jenkins**
Jamestown Resources, L.L.C.
717 Texas Avenue, Suite 3100
Houston, TX 77002

**Mr. Sean Gallagher**
Enerplus Resources (USA) Corporation
950 17th Street, Suite 2200
Denver, CO 80202

**Mr. David D. Kalish**
Tug Hill Marcellus, LLC
1320 S. University Dr., Suite 500
Ft. Worth, TX 76107

**Mr. Henry Clanton**
Epsilon Energy USA Inc.
16701 Greenspoint Dr., Ste 195
Houston, TX 77060

Re: Allocation Consent Agreement
Cannella South Unit & Rylee North Unit
Auburn and Rush Townships, Susquehanna County, Pennsylvania

Ladies and gentlemen:

Chesapeake Appalachia, L.L.C. ("Chesapeake") intends to drill a well or wells which will extend into two units, the existing Cannella South Unit and the Rylee North Unit (any well drilled which extends into both of the aforementioned units to be referred to as an "Allocation Well"). In accordance therewith, Chesapeake desires to establish the method by which production and costs will be allocated via this Allocation Consent Agreement ("ACA"), by and between the following parties (all of which to be collectively referred to herein as the "ACA Parties", and/or individually as "ACA Party"), each of which own a working interest in one or both of the aforementioned Units under and subject to the following Operating Agreements:

1. that certain Operating Agreement for the Cannella South Unit, dated June 10, 2014, by and between Chesapeake, as Operator; and Equinor USA Onshore Properties, Inc. ("Equinor"), Epsilon Energy USA, Inc., ("Epsilon"), Pelican Energy, L.L.C. ("Pelican"), Chief Exploration & Development LLC ("Chief"), Enerplus Resources (USA) Corporation ("Enerplus"), Radler 2000 Limited Partnership ("Radler"), Tug Hill Marcellus LLC ("Tug Hill"), and Unconventionals Natural Gas, LLC ("Unconventionals"), as Non-Operators, and;
2. that certain Operating Agreement for the Rylee North Unit, dated July 12, 2010, by and between Chesapeake, as Operator; and Equinor, Epsilon and Jamestown Resources, L.L.C. ("Jamestown"). The method by which all costs and production shall be allocated for each Allocation Well shall be calculated as follows for each of the ACA Parties: the Allocation Factor for each unit shall be a

Chesapeake Energy Corporation
P.O. Box 18496  /  Oklahoma City, OK 73154-0496  /  6100 N. Western Avenue  /  Oklahoma City, OK 73118
405-935-9164  /  fax: 405-849-0092  /  courtney.moad@chk.com

EXHIBIT 10

Allocation Consent Agreement
Dated August 15, 2018

fraction, the numerator of which is equal to the length of that portion of the productive drainhole length of an Allocation Well that lies within each respective unit, and the denominator of which is equal to the entire productive drainhole length of the Allocation Well. The Allocation Factor shall be multiplied by each respective ACA Party's working and net revenue interest in each unit, and the equation for each unit will be summed together to determine each respective ACA Party's working and net revenue interest for the Allocation Well. The productive drainhole length shall be measured from the first take point to the last take point along the lateral of the Allocation Well. A preliminary estimate of these measurements shall be based on GIS measurements and shall be provided by Chesapeake with the drilling proposals for the Allocation Wells, together with the resulting estimated Allocation Factors and working and net revenue interests of the ACA Parties. Upon completion of the Allocation Well, a final Allocation Factor for each unit will be determined.

Except as expressly set forth herein, the above referenced Operating Agreements for the Cannella South Unit and Rylee North Unit will govern the rights and obligations of the parties as to that portion of the productive drainhole length of each Allocation Well's lateral lying within each respective unit.

Please indicate your agreement to the above method for calculating working interests in the Allocation Well by executing this ACA in the appropriate space provided below and return a signed copy to the attention of the undersigned. Your early attention and response will be greatly appreciated. Should you have any questions, please do not hesitate to contact the undersigned.

Best regards,

Chesapeake Appalachia, L.L.C.

*[signature: Courtney Moad]*
Courtney Moad

Chesapeake Appalachia, L.L.C.
By: *[signature]*
Name: Julie Woodard
Title: Land Manager, Appalachia
Date: 8/15/18

Allocation Consent Agreement
Dated August 15, 2018

| **Equinor USA Onshore Properties, Inc.** | **Epsilon Energy USA Inc.** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

| **Pelican Energy, L.L.C.** | **Jamestown Resources, L.L.C.** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

| **Chief Exploration & Development LLC** | **Enerplus Resources (USA) Corporation** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

| **Radler 2000 Limited Partnership** | **Tug Hill Marcellus LLC** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

**Unconventionals Natural Gas, LLC**

By: _____
Name: _____
Title: _____
Date: _____