# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA INC., <br><br> Plaintiff, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC, <br><br> Defendant. | Civil Action No. <br> Judge |

## PLAINTIFF'S MOTION FOR TEMPORARY AND <u>PRELIMINARY INJUNCTIVE RELIEF</u>

Plaintiff Epsilon Energy USA Inc. ("Epsilon"), by and through its undersigned counsel, hereby moves this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for temporary and preliminary injunctive relief against Defendant Chesapeake Appalachia, LLC ("Defendant" or "CHK"). Epsilon requests such relief in the form of the attached Proposed Order, for the reasons expressed in the attached Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief, which is being filed contemporaneously herewith and is fully incorporated herein by reference.

Epsilon undertook serious efforts to attempt to contact the Defendant prior to seeking the Temporary Restraining Order pursuant to Rule 65(b)(1)(B). *See* Haines Aff., attached hereto as Exhibit 1.

Specifically, Epsilon sent a letter via e-mail and overnight mail on September 14, 2018, objecting to Defendant's proposed actions that underlie the requests for relief in this action. *Id.* Additionally, Epsilon had two phone calls with Defendant regarding these matters. *Id.* On September 20, 2018, the parties had a conference call to discuss Epsilon's objections. *Id.* During that call, CHK refused to state when it intends to drill the natural gas wells which are the subject of Epsilon's Verified Complaint, as wells as its Motion for Temporary and Preliminary Injunctive Relief, but suggested that CHK would commence drilling within one (1) week. *Id.* Also during that call, Epsilon advised that it planned to file a motion for a temporary injunction and request that the Court hold a hearing on that motion. *Id.*

Contemporaneously with the filing of this Motion, Epsilon is serving Defendant's outside counsel. *Id.*

Dated: September 20, 2018

                                        Respectfully submitted,

                                        /s/     *Megan S. Haines*
                                        Megan S. Haines
                                        Pa. ID No. 203590
                                        MCGUIREWOODS LLP
                                        Tower Two-Sixty 260 Forbes Avenue
                                        Suite 1800
                                        Pittsburgh, PA 15222-3142
                                        (412) 667-6000 (Telephone)
                                        (412) 667-6050 (Facsimile)
                                        mhaines@mcguirewoods.com

                                        *Counsel for Epsilon Energy USA Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed in the ECF court system, which will provide electronic service of the same. In addition, the foregoing documents was served upon the following by electronic mail, this 20th day of September, 2018:

Nicole R. Snyder Bagnell, Esq.
Reed Smith, LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
nbagnell@reedsmith.com

*Counsel for Defendant Chesapeake Appalachia, LLC*

/s/     *Megan S. Haines*