IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Epsilon Energy USA Inc,

    **Plaintiff(s),**

    v.

Chesapeake Appalachia, LLC

    **Defendant(s)/
Third-Party Plaintiff(s),**

    v.

    **Third-Party Defendant(s).**

Civil Action No. 3:18-cv-01852

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff (type of party), who is Epsilon Energy USA Inc. (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

   ☒ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Epsilon Energy Ltd

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Megan S. Haines
Signature of Counsel for Party

Date: 09/21/2018